# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLOTTE MCCOY, | ) | NO. ED CV 08-1853 FMO |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this matter remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Order Re: Joint Stipulation filed contemporaneously with the filing of this Judgment.

Dated this 31st day of March, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge